[No. 1185-3.   Division Three.   June 26, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD JOSEPH TUCEK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 21366, William H. Williams, J., entered April 15, 1974. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 1133-3.   Division Three.   June 27, 1975.]

LINDA JANE THEER, *Appellant*, v. FRANK MARTIN THEER, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 25489, Richard G. Patrick, J., entered March 14, 1974. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 1009-3.   Division Three.   June 27, 1975.]

FRANK MEIDELL et al, *Respondents*, v. AUSTIN MORGAN et al, *Appellants*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 62453, Albert N. Bradford, J., entered November 5, 1973. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 956-3.   Division Three.   June 27, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. DORSEY E. McKINSEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 21225, Ralph E. Foley, J., entered July 18, 1973. *Affirmed* by unpublished per curiam opinion.